```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
                      HOUSTON DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | Criminal No. H-17-007 |
| | § | |
| | § | |
| MARC ANTHONY HILL | § | |
| | § | |

## NOTICE OF SETTING

A hearing in this case is set for:

*July 21, 2017 at 11:15 a.m.*
*Courtroom 11-D*
*Judge Ewing Werlein, Jr.*

This hearing involves only Defendant Marc Anthony Hill, and other Defendants and their counsel are excused from attendance.

The Clerk shall enter this Order and notify all parties.

Dated: July 06, 2017

Deputy Clerk: Marilyn Flores
Case Manager to Judge Ewing Werlein, Jr.