UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CASE NO. H-17-007S |
| | § | |
| vs. | § | |
| | § | JUDGE EWING WERLEIN, Jr. |
| MARC ANTHONY HILL, et al., | § | |
| Defendants. | § | |

### GOVERNMENT'S MOTION IN LIMINE

The United States of America, by and through Ryan K. Patrick, United States Attorney, Richard D. Hanes and Heather Winter, Assistant United States Attorneys for the Southern District of Texas, respectfully requests, in light of the court's Order (Dkt. 238) denying defendant Marc Anthony Hill's Motion to Compel (Dkt. 232), the court issue an order in limine preventing counsel for defendants from mentioning or speculating upon the identity of the confidential source, his motives, and culpability in the offenses for which defendants are to be on trial.

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: _/s/ Heather Winter_____
Heather Winter
Assistant United States
Attorney

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and sent same by electronic means to counsel of record for the defendant.

__<i>/s/ Heather Winter</i>_____<br>
Heather Winter<br>
Assistant U.S. Attorney