UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 4:17-CR-00007 |
| § | |
| MARC ANTHONY HILL § | |

**DEFENDANT'S SUPPLEMENTAL OBJECTIONS TO THE
GOVERNMENT'S THIRD AMENDED EXHIBIT LIST**

Defendant Hill makes the following additional objections to the exhibits contained with the Government's Third Amended Exhibit List:

1. GX 134, 136, 138, 139 and 157. These exhibits are a combination of wire intercepted calls purported to contain the voice of Defendant Hill, accompanied by a transcript of the calls. Defendant Hill objects to the transcripts only in that each lists the initials "MH" as written testimony that it is Defendant Hill whose voice is heard in the calls.

The identity of the caller is an issue for the jury to decide and will be subject of the testimony of Government and Defense witnesses, including the Defense Expert, Marisa Dery, with a specialty in Voice Identification.

Defendant Hill very respectfully requests that his initials be redacted from the transcripts for these and any other transcripts of calls the Government intends to offer at trial.

>Very respectfully,
>
>*/S/ Guy L. Womack*
>Guy L. Womack
>Counsel for Defendant
>Texas Bar No. 00788928
>District ID: 19897
>609 Heights Blvd.
>Houston, Texas   77007
>Tel:  (713) 224-8815
>Fax:  (713) 224-8812

CERTIFICATE OF SERVICE

A copy of the foregoing was delivered via email and CM/ECF to the U. S. Attorney's Office on this 4th day of January, 2019.

>*/S/ Guy L. Womack*
>Guy L. Womack